Michael Perkins, State Bar #172560
FINE, BOGGS & PERKINS LLP
2450 South Cabrillo Highway, Suite 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN METAL & IRON, INC., and, DIMOND METAL RECYCLING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EMPLOYERS GROUP, INC., APPLIED UNDERWRITERS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C06-05152 JW <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION OF JEFFREY SILVER, ESQ. TO APPEAR *PRO HAC VICE* AS COUNSEL FOR DEFENDANTS |

After considering the Application of Jeffrey Silver to appear *pro hac vice*, there being no opposition, and the requirements of Local Rule 11-3 having been satisfied:

IT IS HEREBY ORDERED that Jeffrey Silver's Application to appear *pro hac vice* for defendants American Employers Group, Inc. and Applied Underwriters, Inc. in this matter is hereby GRANTED.

Date: 3/14/2007

*James Ware*
United States District Court Judge

Order for Admission Pro Hac Vice - Jeffrey Silver, Esq. — Case No. C06-05152 JW