IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Metal & Iron, Inc., et al., | NO. C 06-05152 JW |
| Plaintiffs, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| American Employers Group, Inc., et al., | |
| Defendants. | |

The Case Management Conference currently set for April 23, 2007 at 9 AM, is rescheduled **to April 23, 2007 at 10 AM.** Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement ten (10) days before the date of the conference.

Dated:  March 29, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth M. Pappy epappy@mffmlaw.com
Mark B. Fredkin mfredkin@mffmlaw.com
Michael K. Perkins mperkins@employerlawyers.com

**Dated: March 29, 2007**                              **Richard W. Wieking, Clerk**

                                           **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California