MARK B. FREDKIN, ESQ. [State Bar No. 53550]
WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
ELIZABETH M. PAPPY, ESQ. [State Bar No. 157069]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs
American Metal & Iron, Inc. and Dimond
Metal Recycling, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN METAL & IRON, INC. and DIMOND METAL RECYCLING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN EMPLOYERS GROUP, INC., APPLIED UNDERWRITERS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | NO. 06-cv-05152-JW <br><br> [~~PROPOSED~~] ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER |

Based upon the Application of the parties to extend the deadlines in the April 16, 2007 scheduling order, and good cause appearing therefor, the dates set forth in the Scheduling Order dated April 16, 2007 are rescheduled as follows:

    a.    December 7, 2007 - Close of All Discovery.

    b.    February _11_, 2008 - Last Day to Hear Dispositive Motions.

    c.    _____March 28_____, 2008 - Preliminary Pretrial and Trial Setting Conference Report.

ORDER EXTENDING SCHEDULING ORDER
DEADLINES Case No. 06-cv-05152-JW     1

1          d.    _____April 7_____, 2008 at \_\_\_\_\_11:00 AM_____- Pre-Trial

2             Conference.

5 Dated: August 2, 2007           _____

6                             HONORABLE JAMES WARE

---

ORDER EXTENDING SCHEDULING ORDER
DEADLINES Case No. 06-cv-05152-JW     2