MARK B. FREDKIN, ESQ. [State Bar No. 53550]
WILLIAM SIAMAS, ESQ. [State Bar No. 133111]
ELIZABETH M. PAPPY, ESQ. [State Bar No. 157069]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs
American Metal & Iron, Inc. and Dimond
Metal Recycling, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN METAL & IRON, INC. and DIMOND METAL RECYCLING, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EMPLOYERS GROUP, INC., APPLIED UNDERWRITERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | NO. 06-cv-05152-JW<br><br>[PROPOSED] ORDER EXTENDING DEADLINES TO EXCHANGE AND LODGE EXPERT DISCLOSURES AND REPORTS |

Based upon the Application of the parties to extend the date to exchange and lodge expert disclosures and reports to November 16, 2007, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the deadline for exchange and lodging of expert disclosures and reports pursuant to FRCP 26(a)(2)(B), shall be extended to November 16, 2007.

Dated: October 12, 2007          _____
                                 HONORABLE JAMES WARE

ORDER EXTENDING EXPERT EXCHANGE
DEADLINE Case No. 06-cv-05152-JW          1