MARK B. FREDKIN, ESQ. [State Bar No. 53550]
ELIZABETH M. PAPPY, ESQ. [State Bar No. 164538]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs American Metal
& Iron, Inc. and Dimond Metal Recycling, Inc.

JEFFREY SILVER, ESQ.
Attorney at Law
10805 Old Mill Road
Omaha, Nebraska 68154
Telephone: (402) 393-1984

Attorneys for Defendants Applied Underwriters, Inc.
and American Employers Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN METAL & IRON, INC., et.al.,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., et.al.,<br><br>Defendants. | NO. 06-cv-05152-JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**<br>(Federal Rules of Civil Procedure, Rule 41) |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

\\

| | | |
|---|---|---|
| Dated: December 19, 2007 | | MORGAN, FRANICH, FREDKIN & MARSH |

By _____
ELIZABETH M. PAPPY, ESQ.
Attorneys for Plaintiffs American Metal &
Iron, Inc. and Dimond Metal Recycling, Inc.

Dated: December 19, 2007

By _____
JEFFREY SILVER, ESQ.
Attorney for Defendants Applied
Underwriters, Inc. and American Employers
Group, Inc.

## ORDER

Pursuant to the Stipulation of counsel herein, the Court orders that this case shall be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs. The Clerk shall close this file.

Dated: December 20, 2007

_____
HONORABLE JAMES WARE